# Farrago Restaurant
# Balance Sheet
### As of January 31, 2013

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 100500 Petty Cash | 0.00 |
| Manager (9162) | 489.00 |
| Operating (9673) | 6,677.95 |
| Payroll (9681) | 587.48 |
| **Total Bank Accounts** | **$ 7,754.43** |
| **Other current assets** | |
| 11000 Accounts Receivable | 0.00 |
| Credit Card Receivables | 0.00 |
| Inventory | 5,000.00 |
| **Total Other current assets** | **$ 5,000.00** |
| **Total Current Assets** | **$ 12,754.43** |
| **Fixed Assets** | |
| Business Vehicle | 500.00 |
| Machinery, Fixtures, Ect. | 47,759.00 |
| Office Equipment | 1,000.00 |
| **Total Fixed Assets** | **$ 49,259.00** |
| **TOTAL ASSETS** | **$ 62,013.43** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 138,099.65 |
| **Total Accounts Payable** | **$ 138,099.65** |
| **Other Current Liabilities** | |
| 212000 Tips Payable | 0.00 |
| 214000 Gift Cert-Outstanding | 240.42 |
| 25500 Sales Tax Payable | 32,432.32 |
| Mixed Beverage Tax Payable | 28,714.45 |
| **Notes Payable** | |
| 253000 Williamson Note Payable | 4,235.20 |
| **Total Notes Payable** | **$ 4,235.20** |
| PAYROLL TAXES PAYABLE | 60,542.39 |
| Payroll Wages Payable | 23,468.89 |
| **Total Other Current Liabilities** | **$ 149,633.67** |
| **Total Current Liabilities** | **$ 287,733.32** |
| **Total Liabilities** | **$ 287,733.32** |
| **Equity** | |
| Opening Balance Equity | 0.00 |
| Partners Equity | -204,746.53 |

| | |
|---|---:|
| **Retained Earnings** | |
| Net Income | -20,973.36 |
| | |
| **Total Equity** | **-$225,719.89** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 62,013.43** |

Thursday, Feb 21, 2013 05:02:46 PM PST GMT-6 - Accrual Basis